JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT - SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY NGUYEN, an individual; KIMBERLY NGUYEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SCHNEIDER ELECTRIC USA, INC., SCHNEIDER ELECTRIC IT AMERICA CORP.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  SACV14-00623  AG (DFMx)<br><br>[Assigned to Hon. Andrew J. Guilford]<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>State Action Filed:  February 19, 2014 |

1  The Court having considered the Joint Stipulation to Dismiss Case With Prejudice
2  Pursuant To Federal Rule of Civil Procedure 41, filed on September 3, 2014, by Plaintiff
3  Johnny Nguyen, Defendant SCHNEIDER ELECTRIC USA, INC. and SCHNEIDER
4  ELECTRIC IT CORPORATION (erroneously sued as "SCHNEIDER ELECTRIC IT
5  AMERICA CORP."), by and through their respective counsel, and good cause appearing,

6  **IT IS HEREBY ORDERED** that:

7  1.   The case is dismissed with prejudice.
8  2.   Each party shall bear its own fees and costs.

12  Dated: September 03, 2014

   Hon. Andrew J. Guilford
   United States District Judge

---

1

[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE

17545810v.2